IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   18-cv-03091-WYD-MEH

STRIKE 3 HOLDINGS, INC.,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 74.34.193.97,

    Defendants.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Voluntary Dismissal Without Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on February 25, 2019 (ECF No. 11), it is

ORDERED that Defendant John Doe and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  February 26, 2019

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge